# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MAC TRAILER LEASING, INC., | ) | |
| Plaintiff, | ) | 8:08CV425 |
| vs. | ) | ORDER |
| JAMES R. HILL, | ) | |
| Defendant. | ) | |

This matter is before the court on the parties' Joint Motion for Continuance of Trial Date and to Extend Pretrial Deadlines (Filing No. 33). Upon consideration and for good cause shown the progression order (Filing No. 17) is amended as follows.

**IT IS ORDERED:**

1. The parties' Joint Motion for Continuance of Trial Date and to Extend Pretrial Deadlines (Filing No. 33) is granted.

2. The Final Pretrial Conference with the undersigned magistrate judge is continued from February 26, 2010, and rescheduled for **July 26, 2010, at 10:00 a.m.** in chambers, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

3. Trial is continued from March 15, 2010, and rescheduled to commence, at the court's call, during the week of **August 16, 2010**, in Omaha, Nebraska, before the Honorable Joseph F. Bataillon.

DATED this 19th day of February, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge