## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MAC TRAILER LEASING, INC.** | ) | |
| | ) | **8:08CV425** |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| **v.** | ) | |
| | ) | |
| **JAMES R. HILL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the Suggestion of Bankruptcy (Filing No. 40) filed by the defendant James R. Hill.  The defendant filed for Chapter 11 bankruptcy on November 18, 2010.  The filing was made in the District of Nebraska and is designated BK10-83369.  Upon consideration,

**IT IS ORDERED:**

1.      Pursuant to NEGenR 1.5(a)(1) and 28 U.S.C. § 157, this case is referred to the United States Bankruptcy Court for the District of Nebraska.

2.      The Clerk of the Court for the District of Nebraska shall deliver the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 1st day of December, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge