IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATER OF:<br><br>JAMES ROBERT HILL,<br><br>          Debtor(s).<br>―――――――――――――――――<br>MAC TRAILER LEASING, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>JAMES R. HILL,<br><br>          Defendant. | CASE NO. BK10-83369-TJM<br>A10-8083-TJM<br>CHAPTER 7<br><br><br>8:08CV425<br><br><br><br>ORDER |

This matter is before the court on the Report and Recommendation of U.S. Bankruptcy Court Judge Timothy J. Mahoney, Filing No. 43. There are no objections to the Report and Recommendation pursuant to NEGenR 1.5(b)(2).

The court finds that pursuant to 28 U.S.C. § 157(d) and NEGenR 1.5(b)(2) and for good cause shown that the Report and Recommendation should be adopted in its entirety.

IT IS ORDERED:

1. The Report and Recommendation of U.S. Bankruptcy Court Judge Timothy J. Mahoney, Filing No. 43, is adopted in its entirety.

2. The referral of this case to the Bankruptcy Court for the District of Nebraska is withdrawn. All further proceedings as to defendant James R. Hill, including any effort to collect a pre-petition debt such as the civil judgment, are stayed.

DATED this 28th day of December, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge